IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
COLORADO

MAY 26 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00562-BNB

MICHAEL W. MEISSNER,
    Plaintiff,

v.

UNITED STATES BUREAU OF PRISONS,
WARDEN R. WILEY,
REGIONAL DIRECTOR MICHAEL NALLEY,
CAMP ADMINISTRATOR K. REAR,
UNIT MANAGER LIED,
CASE MANAGER FLUK,
CORRECTIONAL OFFICER R. OSWALD,
UNKNOWN SIS OFFICER,
S.O.S. OFFICER J. GARCIA,
CCM WES MAYHEW,
INDEPENDENCE HOUSE SOUTH – CCC,
DIRECTOR JOE STARMAN,
CASE MANAGER RACHEL ENGLISH, and
US PROBATION OFFICER CHRISTOPHER PEREZ,
    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion to add parties as Defendants filed on May 23, 2006, is GRANTED. Plaintiff's motion for an extension of time to pay the initial partial filing fee filed on May 23, 2006, is GRANTED. Plaintiff shall have **thirty (30) days from the date of this minute order** either to pay the initial partial filing fee or to show cause as directed why he is unable to pay the initial partial filing fee.

Dated: May 26, 2006

Copies of this Minute Order were mailed on May 26, 2006, to the following:

Michael W. Meissner
Reg. No. 30607-013
Federal Corr. Institute
P.O. Box 600
Florence, CO 81226

_____
Secretary/Deputy Clerk